**UNITED STATES Of America,
Plaintiff–Appellee,**

v.

**Lorena ORTEGA–MORA,
Defendant–Appellant.**

**No. 13–50373.**

United States Court of Appeals,
Ninth Circuit.

---

Submitted Nov. 20, 2014.*

Filed Nov. 26, 2014.

Bruce R. Castetter, Assistant U.S. Mark R. Rehe, Assistant U.S., Office Of The U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Kara Hartzler, Federal Defenders Of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: SCHROEDER and NGUYEN, Circuit Judges, and ZOUHARY,** District Judge.

MEMORANDUM ***

Defendant–Appellant Lorena Ortega–Mora appeals her 51–month sentence for illegal reentry in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291 and 18 U.S.C. § 3742, and now affirm.

California Health & Safety Code § 11378 is divisible within the meaning of *Descamps v. United States,* —— U.S. ——, 133 S.Ct. 2276, 186 L.Ed.2d 438 (2013), and therefore subject to the modified categorical approach. *See Padilla–Martinez v. Holder,* 770 F.3d 825, 831 n. 3 (9th Cir. 2014) (concluding Cal. Health & Safety Code § 11378 is divisible); *see also Coronado v. Holder,* 759 F.3d 977 (9th Cir. 2014) (holding Cal. Health & Safety Code § 11377(a) is divisible). Accordingly, the district court did not err when it applied a 16–level enhancement under Guideline § 2L1.2(b) for Ortega–Mora's prior conviction for possession of methamphetamine for sale.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Jack Zouhary, United States District Judge, Northern

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3. District of Ohio, sitting by designation.

